# Exhibit C

# Filed FACTA Cases (Nationwide)

| Case Name | Case Number | Jurisdiction | Defendant Name(s) |
|---|---|---|---|
| Abiva v. Cache Inc, et al. | 07 CV 0556 | California - Central Dist. | Cache, Inc. |
| Aeschabaher v. California Pizza Kitchen, et al. | 07 CV 215 | California - Central Dist. | California Pizza Kitchen Inc. |
| Aliano v. Amerigas Partners LP, et al. | 07 CV 4110 | Illinois - Northern Dist. | Amerigas Partners, L.P., ind, and dba Amerigas Propane dba Amerigas; Amerigas Propane, L.P. ind, and dba Amerigas Propane dba Amerigas; Amerigas Propane, Inc., ind, and dba Amerigas Propane dba Amerigas |
| Aliano v. Attitudes Restaurant & Bar Ltd | 07 CV 3619 | Illinois - Northern Dist. | Attitudes Restaurant & Bar, Ltd. Ind. & dba Mike & Denise's Pizzeria & Pub |
| Aliano v. Champs Sports Bar and Grill, Inc., et al. | 07 CV 03816 | Illinois - Northern Dist. | Champs Sports Bar and Grill, Inc. |
| Aliano v. Maxmara Retail, Ltd. et al | 07 CV 03817 | Illinois - Northern Dist. | Maxmara Retail, Ltd. individually and dba Max Mara; Max Mara, U.S.A., Inc. |
| Aliano v. PUB 222, Inc, et al. | 07 CV 03618 | Illinois - Northern Dist. | Pub 222, Inc. |
| Aliano v. Stuart Weitzman Retail Stores, Inc. et al | 07 CV 03814 | Illinois - Northern Dist. | Stuart Weitzman Retail Stores, Inc., Ind & dba Stuard Weizman and Stuart Weitzman Retail, LLC |
| Aliano v. Texas Roadhouse Holdings LLC | 07 CV 4108 | Illinois - Northern Dist. | Texas Roadhouse Holdings LLC; ind and dba Texas Roadhouse |
| Altomare v. Blockbuster Inc, et al. | 06 CV 8211 | California - Central Dist. | Blockbuster Inc. |
| Alvarado v. Levi Strauss, et al. | 07 CV 1133 | California - Central Dist. | Levi Strauss and Co. |
| Andonian v. Ritz Camera, et al. | 07 CV 2349 | California - Central Dist. | Ritz Camera Centers, Inc. |
| Arcilla v. Adidas Promotional Retail Operations, et al. | 07 CV 211 | California - Central Dist. | Adidas Promotional Retail Operations, Inc. |
| Arcilla v. Anna's Linens, et al. | 07 CV 0034 | California - Central Dist. | Anna's Linens, Inc. |
| Armstrong v. Rite Aid Corp., et al. | 06 CV 7716 | California - Central Dist. | Rite Aid Corporation |
| Azoiani v. Love's Travel Stops, et al. | 07 CV 0090 | California - Central Dist. | Love's Travel Shops and Country Stores, Inc. |
| Bagumyan v. Valero Energy | 07 CV 0312 | California - Central Dist. | Valero Energy Corporation, et al. |

| Bagumyan, et al v. Shoe Pavillion, et al. | 07 CV 00522 | California - Central Dist. | Shoe Pavillion Inc. |
|---|---|---|---|
| Barnstein v. Weis Markets, Inc. | 07 CV 1466 | Maryland - Dist. | Weiss Markets, Inc. |
| Bateman v. American Multi Cinema, et al. | 07 CV 171 | California - Central Dist. | American Multi Cinema Inc |
| Bateman v. Regal Cinemas, et al. | 07 CV 0052 | California - Central Dist. | Regal Cinemas Inc.; United Artists Theatre Circuit Inc. |
| Bateman v. WF Cinema Holdings, et al. | 07 CV 212 | California - Central Dist. | WF Cinema Holdings LP |
| Batemen v. Discovery Communications, et al. | 07 CV 147 | California - Central Dist. | Discovery Communications Inc |
| Bathon v. BCBG Maxazria | 07 CV 2276 | Pennsylvania - Eastern Dist. | BCBG MAXAZRIA |
| Batterson v. Jewel Food Stores, Inc. | 07 CV 2375 | Illinois - Northern Dist. | Jewel Food Stores, Inc. dba Jewel-Osco |
| Benetti v. Bertucci's Corp. | 07 CV 40159 | Massachusetts - Dist. | Bertucci's Corp. |
| Bersekian v. TJ Maxx of CA, et al. | 07 CV 0503 | California - Central Dist. | TJX Companies, Inc.; TJ Maxx of CA LLC |
| Blanco v. CEC Entertainment, et al. | 07 CV 0559 | California - Central Dist. | CEC Entertainment Concepts, LP, CEC Entertainment Inc. |
| Blanco v. El Pollo Loco, et al. | 07 CV 0054 | California - Central Dist. | El Pollo Loco, Inc. |
| Bonner v. Demotte Drugs, Inc., et al. | 07 CV 0140 | Indiana - Northern Dist. | Demote Drugs dba Fagen Pharmacy |
| Bonner v. Family Dollar Stores, et al. | 07 CV 0104 | Indiana - Northern Dist. | Family Dollar Stores of Indiana LP |
| Bonner v. Najmi Investments, Inc., et al. | 07 CV 0156 | Indiana - Northern Dist. | Najmi Investments Inc |
| Bonner v. The Finish Line, Inc., et al. | 07 CV 0152 | Indiana - Northern Dist. | The Finish Line, Inc. |
| Bonner v. Travelcenters of America, et al. | 07 CV 0142 | Indiana - Northern Dist. | Travelcenters of America LLC dba Travelcenters of America |
| Bradley v. Deli-Time, Inc., et al. | 07 CV 2588 | Illinois - Northern Dist. | Deli-Time, LLC |
| Brittingham v. Indiana Furniture Showcase Inc. et al. | 07 CV 00275 | Indiana - Northern Dist. | Indiana Furniture Showcase Inc |

| Case | Docket | District | Defendant |
|---|---|---|---|
| Burton v. Hy-Vee, Inc. | 07 CV 2896 | Illinois - Northern Dist. | Hy-Vee, Inc. |
| Byrne v, Rag Shops, Inc. | 07 CV 2517 | New Jersey - Dist. | Rag Shops, Inc. |
| Cadwell v. Dallo & Co. Inc., et al. | 07 CV 0777 | California - Southern Dist. | Dallo & Co., Inc., dba Harvest Ranch Market |
| Cameron v. Zumiez, Inc. | 07 CV 1819 | Pennsylvania - Eastern Dist. | Zumiez, Inc. |
| Caranci v. Ocean State Job Lot, Inc., et al. | 07 CV 0174 | Rhode Island - Dist. | |
| Carusone v. Crab Addison, Inc. | 07 CV 0320 | Pennsylvania - Western Dist. | Crab Addison, Inc.dba Joe's Crab Shack |
| Carusone v. Red Hot and Blue Restaurants | 07 CV 0352 | Pennsylvania - Western Dist. | Red Hot & Blue Restaurants, Inc. |
| Carusone v. Tutti A Tavola, LLC, et al. | 07 CV 0446 | Pennsylvania - Western Dist. | Tutti A Tavola, LLC dba Lidia's |
| Cerafice v. Tavistock Restaurants, et al. | 07 CV 1494 | California - Central Dist. | Tavistock Restaurants LLC |
| Chin-Tai, et al. v. Dynamic Restaurant Operations of South Florida, Inc. | 07 CV 21773 | Florida - Southern Dist. | Dynamic Restaurant Operations of South Florida, Inc. |
| Cicilline v. Jewel Food Stores, Inc. | 07 CV 2333 | Illinois - Northern Dist. | Jewel Food Stores, Inc. dba Jewel-Osco |
| Cicilline v. Sam's Wines & Liquors, Inc. | 07 CV 2334 | Illinois - Northern Dist. | Sam's Wine & Liquors, Inc. |
| Clark v. Marshalls of MA Inc, et al. | 06 CV 8135 | California - Central Dist. | Marshalls of MA, Inc. |
| Clark v. Stein Mart Inc., et al. | 07 CV 197 | California - Central Dist. | Stein Mart Inc. |
| Cone v. Hooters of Hiram, LLC et al., | 07 CV 00164 | Georgia - Northern Dist. | Hooters of Hiram, LLC, Hooters of America, Inc., Hooters Enterprises, LLC |
| Cowley v. Burger King Corporation | 07 CV 21772 | Florida - Southern Dist. | Burger King Corporation |
| Curiale v. Hershey Entertainment & Resorts, et al. | 07 CV 00651 | Pennsylvania - Middle Dist. | Hershey Entertainment & Resorts Company |
| Curiale v. Independent Owners Cooperative, et al. | 07 CV 0356 | Pennsylvania - Western Dist. | Independent Owners Cooperative, LLC dba Ground Round |
| Curiale v. Lenox Group, Inc., et al. | 07 CV 1432 | Pennsylvania - Eastern Dist. | Lenox Group, Inc. |

| Case Name | Case Number | District | Defendant |
|---|---|---|---|
| Difillipo v. U-Haul International, Inc., et al. | 07 CV 0661 | Nevada - Dist. | U-Haul International, Inc. |
| Dister v. Applebee's International, Inc., et al. | 07 CV 1377 | California - Northern Dist. | Apple-Bay East, Inc. |
| Docheza v. Quality Beauty Supply, et al. | 07 CV 3286 | Illinois - Northern Dist. | Quality Beauty Supply Co., |
| Doe v. Circle K Stores, Inc. | 07 CV 00626 | Florida - Middle Dist. | Circle K Stores, Inc. |
| Doe, et al. v. ABC Liquors, Inc. | 07 CV 0371 | Florida - Middle Dist. | ABC Liquors, Inc. |
| Driscoll v. Family Dollar Stores of Rhode Island, et al. | 07 CV 0180 | Rhode Island - Dist. | Family Dollar Stores of Rhode Island, Inc., Family Dollar Holdings, Inc |
| Dudzienski v. BCBG Max Azria Group, Inc., et al. | 07 CV 03813 | Illinois - Northern Dist. | BCBG Max Azria Group, Inc |
| Dudzienski v. Charlotte Russe Holding, Inc. et al | 07 CV 03815 | Illinois - Northern Dist. | Charlotte Russe, Inc.; Charlotte Russe Holding, Inc. |
| Dudzienski v. Make-Up Art Cosmetics (U.S.), Inc., et al | 07 CV 03812 | Illinois - Northern Dist. | Make-Up Art Cosmetics (U.S.), Inc. |
| Dye v. Make-up Art Cosmetics, et al. | 07 CV 2095 | California - Central Dist. | Make-Up Art Cosmetics (U.S.), Inc. |
| Edwards, et al. v. Toys R' US-Delaware | 06 CV 08163 | California - Central Dist. | Toys R Us Delaware Inc. |
| Ehrheart v. Bose Corporation | 07 CV 0350 | Pennsylvania - Western Dist. | Bose Corporation |
| Ehrheart v. Clinique Laboratories LLC | 07 CV 01135 | Pennsylvania - Western Dist. | Clinique Laboratories, LLC |
| Ehrheart v. Eat'N Park Hospitality | 07 CV 0319 | Pennsylvania - Western Dist. | Eat'N Park Hospitality Group, Inc. |
| Ehrheart v. Lifetime Brands, Inc., et al. | 07 CV 1433 | Pennsylvania - Eastern Dist. | Lifetime Brands, Inc., dba Pfaltzgraff, Pfaltzgraff Factory Stores Inc., |
| Ehrheart v. Pro Image Franchise, et al. | 07 CV 0447 | Pennsylvania - Western Dist. | Pro Image Francise Inc., Pro Nebraska, Inc. |
| Ehrheart v. Texas Roadhouse, Inc., et al. | 07 CV 0054 | Pennsylvania - Western Dist. | Texas Roadhouse, Inc. |
| Engh v. Beer Hunter Sports Pub and Grill, et al. | 07CV 1330 | California - Central Dist. | Beer Hunter Sports Pub and Grill Inc. et al. |
| Eskandari, et al. v. Ikea US, et al. | 06 CV 1248 | California - Central Dist. | Ikea USA, Inc. |

| Evans v. U-Haul Co. of California, et al. | 07 CV 2097 | California - Central Dist. | U-Haul Co of California, Inc. |
|---|---|---|---|
| Farkash v. Harry and David, et al. | 07 CV 0309 | California - Central Dist. | Bear Creek Stores, Inc. doing business as Harry and David Substituted for Harry and David |
| Fernandez v. Hooters of Coconut Grove | 07 CV 21599 | Florida - Southern Dist. | Hooters of Coconut Grove, Inc. |
| Figueroa v. Swatch Group, et al. | 07 CV 0313 | California - Central Dist. | Swatch Group U S Inc. |
| Figueroa v. Walt Disney Parks, et al. | 07 CV 0019 | California - Central Dist. | Walt Disney Parks and Resorts, Inc. |
| Fishman v. Super Center Concepts Inc., et al. | 07 CV 03933 | California - Central Dist. | Super Center Concepts Inc dba Superior Super Warehouse |
| Follman v. Hospitality Plus, et al. | 07 CV 2934 | Illinois - Northern Dist. | Hospitality Plus of Carpentersville, Inc. |
| Follman v. Tomkat II, Inc., et al. | 07 CV 04746 | Illinois - Northern Dist. | Tomkat II, Inc., dba Canyon Creek BBQ |
| Follman v. Village Squire, Inc., et al. | 07 CV 03767 | Illinois - Northern Dist. | Village Squire, Inc. |
| Fuller v. Dallas Cowboys Pro Shops, LP | 07 CV 00792 | Texas - Western Dist. | Dallas Cowboys Pro Shops, LP |
| Garabedian v. Berberian Enterprises, et al. | 07 CV 0321 | California - Central Dist. | Berberian Enterprises Inc |
| George v. Adidas Promotional Retail Operations, et al. | 07 CV 1325 | California - Central Dist. | Adidas Promotional Retail Operations, Inc. |
| George v. Timberland Co., et al. | 07 CV 01327 | California - Central Dist. | Timberland Company, Inc. |
| Goldin v. Original Pancake House, The | 07 CV 01202 | Pennsylvania - Western Dist. | The Original Pancake House |
| Goldin v. Uni-Marts, LLC, et al. | 07 CV 0666 | Pennsylvania - Western Dist. | Uni-Marts, LLC |
| Goods v. Allen County Eats, Inc., et al. | 07 CV 00205 | Indiana - Northern Dist. | Allen County Eats, Inc., dba Mancinos Grinders & Pizza and Mancinos Pizza & Grinders |
| Goods v. Bass Pro Outdoor World, et al. | 07 CV 0182 | Indiana - Northern Dist. | Bass Pro Outdoor World, LLC |
| Goods v. Brady's This Is It, Inc. | 07 CV 000302 | Indiana - Northern Dist. | Brady's This Is It, Inc. |

| Goods v. Casa D'Angelo Inc., et al. | 07 CV 00224 | Indiana - Northern Dist. | Casa D'Angelo Inc. |
|---|---|---|---|
| Goods v. Casa D'Angelo Inc., et al. | 07 CV 00223 | Indiana - Northern Dist. | Casa D'Angelo Inc. |
| Goods v. Dhara Services Corp. | 07 CV 0183 | Indiana - Northern Dist. | Dhara Services Corporation |
| Goods v. GasAmerica Services, Inc., et al. | 07 CV 0181 | Indiana - Northern Dist. | GasAmerica Services Inc. |
| Goods v. Lansing Restaurant, et al. | 07 CV 3118 | Illinois - Northern Dist. | Lansing Restaurant Inc., dba Wendy's |
| Goods v. Pizza Hut of Fort Wayne, Inc. | 07 CV 0194 | Indiana - Northern Dist. | Pizza Hut of Fort Wayne Inc. |
| Goods v. SMS Lodging, Inc., et al. | 07 CV 00211 | Indiana - Northern Dist. | SMS Lodging Inc. |
| Goods v. Subway Systems Inc. | 07 CV 00232 | Indiana - Northern Dist. | Subway Systems Inc. |
| Gordon v. TJX Companies, Inc. et al. | 07 CV 02625 | Ohio - Northern Dist. | TJX Companies, Inc. |
| Grabien v. 1-800-Flowers.com | 07 CV 22235 | Florida - Southern Dist. | 1-800-Flowers.com, Inc. |
| Grabien v. Jupiterimages Corporation | 07 CV 22288 | Florida - Southern Dist. | Jupiterimages Corporation |
| Grabner v. H&R Block, et al. | 07 CV 00599 | Missouri - Western Dist. | H & R Block, Inc. |
| Grabner v. H&R Block, et al. | 07 CV 0718 | Pennsylvania - Western Dist. | H & R Block, Inc. |
| Grimes v. Rave Motion Pictures, et al. | 07 CV 01397 | Alabama - Northern Dist. | Boston Ventures, LP; Rave Motion Pictures of Birmingham, LLC; Rave Review Cinemas, LLC |
| Grogan v. Daphne Greek Café, et a. | 07 CV 0959 | California - Central Dist. | Daphne's Greek Café, Fili Enterprises |
| Gueorguiev v. Big Chicago, Inc. | 07 CV 03688 | Illinois - Northern Dist. | Big Chicago, Inc. dba Crobar |
| Gueorguiev v. G&G Retail, Inc. | 07 CV 03685 | Illinois - Northern Dist. | Max Rave, LLC |
| Gueorguiev v. Iman Group, Inc. et al | 07 CV 03887 | Illinois - Northern Dist. | Iman Group, Inc., dba Fastway Mart |
| Hall v. Marie Callenders Restaurant, et al. | 07 CV 0956 | California - Central Dist. | Marie Callenders Restaurant |
| Hall v. Red Robin Burger, et al. | 07 CV 0978 | California - Central Dist. | Red Robin Burger and Spirits Emporiums, Red Robin International Inc. |
| Halperin v. Interpark, Inc. | 07 CV 2161 | Illinois - Northern Dist. | Interpark, Inc. |

| | | | |
|---|---|---|---|
| Halperin v. Max's of Skokie, Inc., et al. | 07 CV 2207 | Illinois - Northern Dist. | Max's of Skokie, Inc. dba Billy Berk's Restaurant and Piano Bar |
| Halperin v. Standard Parking Corp. | 07 CV 2152 | Illinois - Northern Dist. | Standard Parking Corporation |
| Hanley v. Brinker International, Inc. | 07 CV 01422 | Alabama - Southern Dist. | Brinker International, Inc., dba Chili's Bar & Grill; Brinker Restaurant Corp., dba Chili's Bar & Grill; Valenti Management, Inc.; Valenti South East Management, Inc. |
| Harris v. Best Buy Co., Inc., et al. | 07 CV 2559 | Illinois - Northern Dist. | Best Buy Co Inc. |
| Harris v. Circuit City Stores, Inc. | 07 CV 2512 | Illinois - Northern Dist. | Circuit City Stores, Inc. |
| Harris v. DirectTv Group, et al. | 07 CV 2560 | Illinois - Northern Dist. | DirecTV Group, Inc. |
| Harris v. Wal-Mart Stores, Inc. | 07 CV 2561 | Illinois - Northern Dist. | Wal-Mart Stores, Inc. |
| Harrison v. FedEx Kinkos Office, et al. | 06 CV 8206 | California - Central Dist. | FedEx Kinkos Office & Print Services, Inc. |
| Heath v. A&E Stores, Inc. | 07 CV 2450 | Illinois - Northern Dist. | A&E Stores, Inc. |
| Heath v. Chernin's Shoes Outlet, LLC | 07 CV 2449 | Illinois - Northern Dist. | Chernin's Shoe Outlet, LLC |
| Heuer v. Wegmans Food Market, Inc. | 07 CV 1412 | Maryland - Dist. | Wegmans Food Market, Inc. |
| Hile v. Frederick's of Hollywood Stores, et al. | 07 CV 0715 | California - Northern Dist. | Frederick's of Hollywood Stores, Inc., Frederick's of Hollywood Inc. |
| Hile v. Max Rave, et al. | 07 CV 0738 | California - Northern Dist. | Max Rave, LLC |
| Hile v. Ritz Camera Centers, Inc. | 07 CV 0716 | California - Northern Dist. | Ritz Camera Centers, Inc. |
| Hile v. The Body Shop International, et al. | 07 CV 0791 | California - Northern Dist. | The Body Shop International PLC; The Body Shop, Inc. |
| Hughes v. Inmotion Entertainment | 07 CV 01299 | Pennsylvania - Western Dist. | Inmotion Entertainment |
| Hughes, et al. v. OSI Restaurant Partners, Inc., et al. | 07 CV 01197 | Pennsylvania - Western Dist. | OSI Restaurant Partners, Inc., dba Outback Steakhouse |
| Iosello v. Jewel Food Stores, Inc., et al. | 07 CV 2452 | Illinois - Northern Dist. | Jewel Food Stores, Inc. dba Jewel-Osco |
| Iosello v. Leibly, LLC | 07 CV 2454 | Illinois - Northern Dist. | Leibly's, LLC dba Culver's of Gurnee |
| Iosello v. Raquel Sales, Inc., et al. | 07 CV 2526 | Illinois - Northern Dist. | Raquel Sales, Inc., of Illinois dba Bare Feet Shoes |

| Case | Number | District | Defendant |
|---|---|---|---|
| Ivanov v. 25 W. Hubbard, Inc., et al. | 07 CV 2969 | Illinois - Northern Dist. | 25 W. Hubbard, Inc. dba Club Moda |
| Ivanov v. A.F.O. Inc., et al. | 07 CV 2971 | Illinois - Northern Dist. | A.F.O., Inc., OFA, Inc., dba Zentra |
| Ivanov v. Anjali, Inc., Dunning Donuts, Inc. | 07 CV 04442 | Illinois - Northern Dist. | Anjali, Inc.,; Dunning Donuts, Inc. |
| Ivanov v. Butera Finer Foods, Inc., et al. | 07 CV 2894 | Illinois - Northern Dist. | Butera Finer Foods, Inc. |
| Ivanov v. Standard Parking Corporation | 07 CV 05027 | Illinois - Northern Dist. | Standard Parking Corporation |
| Ivanov v. Thorntons Inc., et al. | 07 CV 2358 | Illinois - Northern Dist. | Thorntons, Inc. |
| Ivanova v. EuroAmerican Foods, et al. | 07 CV 3142 | Illinois - Northern Dist. | Euroamerican Foods, Inc., dba Café Iberico |
| Ivanova v. R&R Goldman & Assc. | 07 CV 3081 | Illinois - Northern Dist. | R & R Goldman & Associates, Inc. |
| Ivanova v. TJX Companies, et al. | 07 CV 3082 | Illinois - Northern Dist. | TJX Companies, Inc. |
| Jaime v. Muvico Theaters, Inc. | 07 CV 22117 | Florida - Southern Dist. | Muvico Theaters, Inc. |
| Kazarian v. French Connections Group, et al. | 07 CV 01741 | California - Central Dist. | French Connections Group Inc |
| Kelly v. LRW Investment Co, et al. | 06 CV 8208 | California - Central Dist. | LRW Investment Co. |
| Kelly v. Paradies Shops, Inc., et al. | 07 CV 01294 | California - Central Dist. | Paradies Shops, Inc. |
| Kelly v. PRG Parking Management, et al. | 07 CV 1134 | California - Central Dist. | PRG Parking Management, LLC |
| Kennedy v. Subway | 07 CV 1504 | Pennsylvania - Eastern Dist. | Doctors' Associates, Inc., dba Subway |
| Kesler v. Ikea US, et al. | 07 CV 568 | California - Central Dist. | Ikea USA, Inc. |
| Kesler v. Ikea US, et al. | 07 CV 0714 | California - Northern Dist. | Ikea USA, Inc. |
| Keuroghlian v. Louis Vuittion, et al. | 07 CV 0315 | California - Central Dist. | Louis Vutton North America Inc. |
| Keyser v. Penske Truck Leasing Co | 07 CV 2324 | Pennsylvania - Eastern Dist. | Penske Truck Leasing Co., L.P. |
| Khachomian v. Chanel Inc, et al. | 07 CV 0586 | California - Central Dist. | Chanel Inc. |

| | | | |
|---|---|---|---|
| Khorovsky v. California Pizza Kitchen | 07 CV 0957 | California - Central Dist. | California Pizza Kitchen Inc. |
| Khorovsky v. Vitamin Shoppe, et al. | 07 CV 0997 | California - Central Dist. | Vitamin Shoppe Industries, Inc.; VS Direct, Inc |
| King v. Epson America, Inc. | 07 CV 22289 | Florida - Southern Dist. | Epson America, Inc. |
| King v. Movietickets.com | 07 CV 22119 | Florida - Southern Dist. | Movietickets.com |
| Klimp v. Bebe Stores, Inc. | 07 CV 0203 | California - Northern Dist. | Bebe Stores, Inc. |
| Klingensmith v. Bruceton Farm Ser., et al. | 07 CV 0602 | Pennsylvania - Western Dist. | Bruceton Farm Service, Inc. |
| Klingensmith v. Max & Erma's Restaurants, Inc. | 07 CV 0318 | Pennsylvania - Western Dist. | Max & Erma's Restaurants, Inc. |
| Klingensmith v. The Paradies Shops, Inc | 07 CV 1677 | Georgia - Northern Dist. | The Paradies Shops, Inc. |
| Klosinski v. Father & Son Pizzeria | 07 CV 03018 | Illinois - Northern Dist. | Father & Son Pizzeria North Ltd., dba Marcello's a Father & Son Restaurant |
| Korman v. The Body Shop, Inc. | 07 CV 1928 | Pennsylvania - Eastern Dist. | Body Shop, Inc., The |
| Korman v. The Walking Company | 07 CV 01557 | Pennsylvania - Eastern Dist. | Walking Company, The |
| Kotozsky v. Longs Drug Stores Corp., et al. | 07 CV 0713 | California - Northern Dist. | Longs Drugs Stores Corp. |
| Lampenfeld v. Charlotte Ruse Holding, et al. | 07 CV 0355 | Pennsylvania - Western Dist. | Charlotte Russe, Inc. |
| Leowardy v. Oakley, et al. | 07 CV 0053 | California - Central Dist. | Oakley Inc. |
| Long v. Joseph-Beth Group, Inc. | 07 CV 0443 | Pennsylvania - Western Dist. | Joseph-Beth Group, Inc., dba Joseph Beth Booksellers |
| Lopez v. Gaucho Grill Corp., et al. | 07 CV 0306 | California - Central Dist. | Gaucho Grill Corporation |
| Lopez v. KB Toys Retail | 07 CV 0144 | California - Central Dist. | KB Toys, Inc. |
| Lopez v. The Gymbore Corp. | 07 CV 0087 | California - Northern Dist. | Gymboree Corporation, The |
| Lorfel v. Fedex Kinko's Office and Print Services, Inc. | 07 CV 04575 | Illinois - Northern Dist. | FedEx Kinkos Office & Print Services, Inc. |
| Lowe v. Douglas Emmett, Inc. | 07 CV 2062 | California - Central Dist. | Douglas Emmett, Inc. |
| Lowe v. Hilton Hotels Corporation | 07 CV 2061 | California - Central Dist. | Hilton Hotels Corporation |

| Case | Docket | District | Defendant |
|---|---|---|---|
| Maria, Narson v. Apple Computer, Inc. | 07 CV 22040 | Florida - Southern Dist. | Apple Computer, Inc. |
| Matthews v. United Retail, Inc. | 07 CV 2487 | Illinois - Northern Dist. | United Retail, Incorporated |
| Mayol, et al., v. QS Retail, Inc. | 07 CV 22118 | Florida - Southern Dist. | QS Retail, Inc., Quicksilver, Inc. |
| McCoy v. Betsey Johnson Inc. | 07 CV 4782 | California - Northern Dist. | Betsey Johnson, Inc. |
| McFarland v. Brooks Hospitality LLC | 07 CV 01211 | Pennsylvania - Western Dist. | Brooks Hospitality, LLC., dba Qdoba Mexican Grill |
| McFarland v. Mars, Incorp., et al. | 07 CV 1829 | New Jersey - Dist. | Mars, Incorporated dba Masterfoods USA |
| McFarland v. Qdoba Restaurant, et al. | 07 CV 0349 | Pennsylvania - Western Dist. | Qdoba Restaurant Corp., dba Qdoba Mexican Grill |
| McGee v. Levy Restaurants, et al. | 06 CV 7762 | California - Central Dist. | Levy Restaurants |
| McGee v. Ross Stores, Inc. | 06 CV 7496 | California - Northern Dist. | Ross Stores, Inc. |
| McKeown v Boscov's Department, et al. | 07 CV 0603 | Pennsylvania - Western Dist. | Boscov's Department Store, LLC |
| Medrano v. Consolidated Restaurants of California | 07 CV 00504 | California - Central Dist. | Consolidated Restaurants of California, Inc.; KNJ Restaurants, Inc. |
| Medrano v. Developer's Diversified Realty Corporation, Inc. | 07 CV 01321 | California - Central Dist. | Developer's Diversified Realty Corporation, Inc. |
| Medrano v. Fiesta Palms, LLC | 07 CV 0327 | Nevada - Dist. | Fiesta Palms, LLC dba Palms Casino Resort |
| Medrano v. Modern Parking Inc. | 07 CV 02949 | California - Central Dist. | Modern Parking, Inc. - The City of Pasadena |
| Medrano v. WCG Holdings, et al. | 07 CV 0506 | California - Central Dist. | WCG Holdings |
| Medrano v. Wendys International, et al. | 07 CV 1322 | California - Central Dist. | Wendy's International, Inc. |
| Mendez v. The TJX Companies, Inc. | 07 CV 2486 | Illinois - Northern Dist. | TJX Companies, Inc. |
| Meyer v. U-Haul International, Inc. | 07 CV 00665 | Louisiana - Middle Dist. | U-Haul International, Inc. |
| Miller v. Gymboree Corp. | 07 CV 2270 | California - Northern Dist. | Gymboree Corporation, The |
| Miller v. KB Toys, Inc. | 07 CV 1457 | Pennsylvania - Eastern Dist. | KB Toys, Inc. |

| Case | Number | District | Defendants |
|---|---|---|---|
| Miller v. Smart and Final, Inc., et al. | 06 CV 8155 | California - Central Dist. | Smart and Final Inc.; Smart and Final Stores Corporation |
| Miller v. Sunoco, Inc. | 07 CV 1456 | Pennsylvania - Eastern Dist. | Sunoco Inc, Eastgate Sunoco |
| Miller v. Toys R US Delaware, et al. | 06 CV 8181 | California - Central Dist. | Toys R Us Delaware Inc. |
| Mitchell v. The Gymboree Corp., et al. | 07 CV 0739 | California - Northern Dist. | Gymboree Corporation, The; The Gymboree Corporation |
| Moon, et al. v. FedEx, et al. | 06 CV 7657 | California - Northern Dist. | FedEx Kinkos Office & Print Services, Inc. |
| Morris v. CKE Restaurants, et al. | 07 CV 01333 | California - Central Dist. | CKE Restaurants, Inc. |
| Morris v. In N Out Burgers, et al. | 07 CV 01331 | California - Central Dist. | In N Out Burgers |
| Moss v. La Amapola, Inc., et al. | 07 CV 04121 | California - Central Dist. | La Amapola, Inc., dba Amapola dba Ampola Mexican Deli, dba Ampola Super Deli & Market |
| Moss v. Michael Maurice Garrett, et al. | 07 CV 04400 | California - Central Dist. | Falcon Hollywood; Vienna Hofbrau, Inc. |
| Moss v. Park 'N Fly, et al. | 07 CV 03935 | California - Central Dist. | Park 'N Fly Inc., dba Park 'N Fly @ Park One |
| Moss v. Taza A Lebanese Grill | 07 CV 02720 | Ohio - Northern Dist. | Chamoun Ventures, Ltd.; Taza A Lebanese Grill |
| Moss v. Tomaydo-Tomahhdo, et al. | 07 CV 02721 | Ohio - Northern Dist. | Back Burner, Inc.; Tomaydo-Tomahhdo |
| Moss v. Winking Lizard of Bedford Heights, Inc. | 07 CV 02792 | Ohio - Northern Dist. | Winking Lizard of Bedford Heights, Inc., Winking Lizard, Inc. |
| Murphy v. VPEN, Inc. | 07 CV 2793 | Illinois - Northern Dist. | VPEN, Inc. dba 115 Boubon Street |
| Najarian v. Avis Rent A Car, et al. | 07 CV 0588 | California - Central Dist. | Avis Rent A Car Systems LLC |
| Najarian v. Charlotte Russe, Inc. | 07 CV 0501 | California - Central Dist. | Charlotte Russe, Inc. |
| Narson v. GoDaddy.com, Inc. | 07 CV 22287 | Florida - Southern Dist. | GoDaddy.com, Inc. |
| Narson, et al. v. Intuit, Inc. | 07 CV 21777 | Florida - Southern Dist. | Intuit, Inc. |
| Olesek v. Family Express Corporation | 07 CV 150 | Indiana - Northern Dist. | Family Express Corporation |
| Olesek v. Hobalert Properties, LLC | 07 CV 240 | Indiana - Northern Dist. | Hobalbert Properties Inc. dba Red Robin Gourment Burgers |
| Opacic v. Weis Markets, Inc., et al. | 07 CV 2188 | Pennsylvania - Eastern Dist. | Weis Markets, Inc. dba MR. Z's Super Markets, Kings Super Markets, Scot's Lo-Cost |

| | | | |
|---|---|---|---|
| Palamara v. Kings Family Restaurants | 07 CV 0317 | Pennsylvania - Western Dist. | Kings Family Restaurants |
| Papazian v. Burberry Limited, et al. | 07 CV 1479 | California - Central Dist. | Burberry Limited |
| Papera v. Quick Chek Corporation | 07 CV 2060 | New Jersey - Dist. | Quick Chek Corporation |
| Parseghian v. Bally North America | 07 CV 0347 | California - Central Dist. | Bally North America Incorporated |
| Pastore v. Restaurant Development Group, et al. | 07 CV 0348 | Pennsylvania - Western Dist. | Restaurant Development Group, Inc. |
| Pastore v. Shutey Enterprises, Inc., et al. | 07 CV 0347 | Pennsylvania - Western Dist. | Shutey Enterprises, Inc., |
| Payan v. FedEx., et al. | 07 CV 0971 | California - Central Dist. | FedEx Kinkos Office & Print Services, Inc. |
| Payan v. FedEx., et al. | 07 CV 03594 | California - Northern Dist. | FedEx Kinkos Office & Print Services, Inc. |
| Peraria v. Brinker International d/b/a Chillis | 07 CV 2216 | New Jersey - Dist. | Brinker International, Inc. |
| Peraria v. KFC Corp., et al | 07 CV 03190 | New Jersey - Dist. | KFC Corp. |
| Perry v. Hooters of America, Inc. | 07 CV 2697 | Minnesota - Dist. | Hooters of America, Inc. |
| Phillips v. Taco Bell Corp., et al. | 07 CV 03620 | Illinois - Northern Dist. | Taco Bell Corporation |
| Pinto v. Jaime, et al. (Correct title should be Pinto, et al., v. Cobb, et al.) | 07 CV 21771 | Florida - Southern Dist. | R.C. Cobb Inc., dba Cobb Theatres, Cobb Theatres III LLC |
| Pirian v. In N Out Burgers, et al. | 06 CV 1251 | California - Central Dist. | In N Out Burgers |
| Pivarnik v. Lamrie West, Inc. | 07 CV 0321 | Pennsylvania - Western Dist. | Lamrite West, Inc.dba Pat Catan's Craft Center |
| Plank v. Abuelo's Internation, L.P. | 07 CV 02442 | Tennessee - Western Dist. | Abuelo's International, LP., dba Abuelo's Mexican Food Embassy |
| Plank v. Back Yard Burgers, Inc. | 07 CV 02499 | Tennessee - Western Dist. | Back Yard Burgers, Inc. |
| Plath v. Jamba Juice Co., et al. | 06 CV 8180 | California - Central Dist. | Jamba Juice Company |
| Poku v. Freebirds LP | 07 CV 00781 | Texas - Western Dist. | Freebirds LP, aka Freebirds World Burrito |
| Price v. CEC Entertainment | 07 CV 0923 | California - Central Dist. | CEC Entertainment Inc. |
| Price v. KB Toys | 07 CV 0921 | California - Central Dist. | KB Toys, Inc. |

| Price v. Lucky Strike Entertainment, Inc. | 07 CV 0960 | California - Central Dist. | Lucky Strike Entertainment, Inc. |
|---|---|---|---|
| Price v. Shoe Pavilion, Inc. | 07 CV 0968 | California - Central Dist. | Shoe Pavillion Inc. |
| Primack v. Treasure Island Foods, Inc., et al. | 07 CV 2294 | Illinois - Northern Dist. | Treasure Island Foods, Inc. |
| Ragsdale v. SanSai USA, Inc. | 07 CV 1246 | California - Southern Dist. | SanSai USA, Inc. |
| Ramirez v. Cavalli, et al. | 07 CV 0329 | Nevada - Dist. | Roberto Cavalli, Italdroma, LLC |
| Ramirez v. MGM Mirage, Inc. | 07 CV 0326 | Nevada - Dist. | MGM Mirage, Inc. |
| Ramirez v. Midwest Airlines, et al. | 07 CV 2173 | Kansas - Dist | Midwest Airlines, Inc. |
| Ramirez v. The TJX Companies, et al. | 07 CV 2115 | Kansas - Dist | TJX Companies, Inc. |
| Ramirez v. The TJX Companies, et al. (MDL Action) | 07 MD 01853 | Kansas - Dist | TJX Companies, Inc.; Marshalls of CA, LLC |
| Redmon v. Uncle Julio's of Illinois, Inc. | 07 CV 2350 | Illinois - Northern Dist. | Uncle Julio's of Illinois, Inc. dba Uncle Julio's Hacienda |
| Reed v. Whole Enchilada, Inc., et al. | 07 CV 0357 | Pennsylvania - Western Dist. | Whole Enchilada, Inc., dba Big Burrito Restaurant Grouop |
| Reisman v. Radisson Hotels International, et al. | 07 CV 0547 | Pennsylvania - Western Dist. | Radisson Hotels International Inc. |
| Rhodes v. A&M National, Inc., et al. | 07 CV 03690 | Illinois - Northern Dist. | A&M National, Inc., dba Oak Lawn Phillips 66 |
| Ritenour v. Papa Joe's Pizza, Inc. | 07 CV 4513 | Illinois - Northern Dist. | Papa Joe's Pizza, Inc. |
| Ritenour v. The Bagel at Old Orchard, Inc. | 07 CV 04511 | Illinois - Northern Dist. | The Bagel at Old Orchard, Inc. |
| Rodriguez v. Super A Foods, et al. | 07 CV 0319 | California - Central Dist. | Super A Foods, Inc. |
| Rogan v. ATA Airlines, Inc. | 07 CV 2332 | Illinois - Northern Dist. | ATA Airlines, Inc. |
| Rose v. Shakey's USA, Inc. et al | 07 CV 4540 | California - Central Dist. | Shakey's USA, Inc.dba Shakey's Pizza |
| Rosenberg v. Big A Drug Stores, Inc. | 07 CV 03719 | California - Central Dist. | Big A Drug Stores Inc. |
| Rosenberg. V. Boscov's, Inc. | 07 CV 1734 | New Jersey - Dist. | Boscov's, Inc. |

| | | | |
|---|---|---|---|
| Ruggiero v. The Children's Place Retail Stores, Inc. et al. | 07 CV 02966 | Ohio - Northern Dist. | The Children's Place Retail Stores, Inc., Hoop Retail Stores, LLC |
| Sadrieh v. M.A.C. Cosmestics, Inc. | 07 CV 2205 | California - Central Dist. | M.A.C. Cosmetics Inc. |
| Saunders v. Claim Jumper Enterprises, Inc. | 07 CV 0168 | California - Central Dist. | Claim Jumper Enterprises, Inc. |
| Saunders v. Corner Bakery, et al. | 07 CV 0998 | California - Central Dist. | Corner Bakery Café |
| Saunders v. Fuddruckers, Inc. | 07 CV 0953 | California - Central Dist. | Fuddruckers Inc. |
| Saunders v. In N Out Burgers | 07 CV 0169 | California - Central Dist. | In N Out Burgers |
| Saunders v. Louises Trattoria, et al. | 07 CV 1060 | California - Central Dist. | Louises Trattoria |
| Saunders v. Mann Theatres, et al. | 07 CV 1021 | California - Central Dist. | Mann Theatres |
| Saunders v. Marmalade, LLC | 07 CV 00970 | California - Central Dist. | Marmalade, LLC |
| Saunders v. Roy's/Woodland Hills-I, et al. | 07 CV 164 | California - Central Dist. | Roy's/Woodland Hills-1 |
| Saunders v. T.G.I. Friday's | 07 CV 0969 | California - Central Dist. | T.G.I. Friday's Inc |
| Saunders v. The Johnny Rockets | 07 CV 0172 | California - Central Dist. | The Johnny Rockets Group Inc |
| Saurage v. Rave Reviews Cinemas, LLC | 07 CV 00528 | Louisiana - Middle Dist. | Rave Review Cinemas, LLC |
| Seig v. Yard House Rancho Cucamonga, et al. | 07 CV 2105 | California - Central Dist. | Yard House Rancho Cucamonga LLC |
| Serna v. Big A Drug Stores, et al. | 07 CV 0276 | California - Central Dist. | Big A Drug Stores Inc. |
| Serna v. Costco Wholesale Corp., et al. | 07 CV 01491 | California - Central Dist. | Costco Wholesale Corp. |
| Shellhammer v. Panera Bread Company | 07 CV 2331 | Illinois - Northern Dist. | Panera Bread Company |
| Shulman v. Rite Aid Corp., et al. | 06 CV 07747 | California - Central Dist. | Rite Aid Corporation; Rite Aid Hdqtrs Corp.,; Thrifty Payless Inc. |
| Simon v. Ashworth, Inc. | 07 CV 1324 | California - Central Dist. | Ashworth, Inc. |
| Simon v. Cosi, Inc. | 07 CV 04633 | Illinois - Northern Dist. | Cosi, Inc. |

| | | | |
|---|---|---|---|
| Simon v. Quicksilver, Inc., et al. | 07 CV 01326 | California - Central Dist. | Quicksilver, Inc. |
| Simon v. Saeed N. Ashfaq Enterprises, Inc., et al. | 07 CV 04631 | Illinois - Northern Dist. | Saeed N. Ashfaq Enterprises, Inc., et al.dba Papa Romero's Pizza |
| Sinatra v. Coventry Restaurant, et al. | 07 CV 0445 | Pennsylvania - Western Dist. | Coventry Restaurant Systems, Inc., dba Hyde Park Prime Steakhouse ` |
| Smith v. Brinker International d/b/a Chilis - Grayling Corporation | 07 CV 1905 | Pennsylvania - Eastern Dist. | Grayling Corp., (Chills Bar & Grill and Brinker International dismissed) |
| Smith v. Gregg Appliances, Inc., et al. | 07 CV 00851 | Indiana - Southern Dist. | Gregg Appliances, Inc. |
| Sochin v. OSI Restaurant Partners, et al. | 07 CV 2228 | Pennsylvania - Eastern Dist. | OSI Restaurant Partners, Inc., DOES dba Flemings Fine Steakhouse |
| Soualian v. Barneys NY, et al. | 07 CV 0558 | California - Central Dist. | Barneys New York Inc. |
| Soualian v. International Coffee & Tea | 07 CV 0502 | California - Central Dist. | International Coffee and Tea, LLC |
| Spikings v. Bristol Farms, et al. | 06 CV 8205 | California - Central Dist. | Bristol Farms |
| Spikings v. Cost Plus, et al. | 06 CV 8125 | California - Central Dist. | Cost Plus Inc., |
| Stewart v. Marie Callender Pie Shops, Inc., et al. | 07 CV 0619 | California - Southern Dist. | Marie Callender Pie Shops, Inc. |
| Stillmock v. Boscov's Department Store, LLC | 07 CV 1343 | Maryland - Dist. | Boscov's Department Store, LLC |
| Stillmock v. Ross Stores, Inc., et al. | 07 CV 1344 | Maryland - Dist. | Ross Stores, Inc. |
| Stillmock, et al. v. Rugged Wearhouse, Inc., et al. | 07 CV 1340 | Maryland - Dist. | Rugged Wearhouse, Inc. |
| Stillmock, et al. v. Weis Markets, Inc., et al. | 07 CV 1342 | Maryland - Dist. | Weiss Markets, Inc. |
| Stone v. Cosi, Inc. | 07 CV 1927 | Pennsylvania - Eastern Dist. | Cosi, Inc. |
| Sykes v. Claim Jumper Restaurant, et al. | 07 CV 0277 | California - Central Dist. | Claim Jumper Enterprises, Inc. |

| | | | |
|---|---|---|---|
| Thibeault v. Avis Budget Group, Inc. | 07 CV 2220 | New Jersey - Dist. | Avis Budget Group, Inc. |
| Tilzer v. Urban Outfitters, et al. | 07 CV 106 | California - Central Dist. | Urban Outfitters, Inc. |
| Tolley-McNerney v. Ross Stores, Inc. | 07 CV 0090 | Nevada - Dist. | Ross Stores, Inc. |
| Tolley-McNerney v. Ross Stores, Inc. | 07 CV 04503 | California - Northern Dist. | Ross Stores, Inc. |
| Tolley-McNerney v. TJX Companies, Inc. | 07 CV 0091 | Nevada - Dist. | TJX Companies, Inc. |
| Torossian v. Vitamin Shoppe, et al. | 07 CV 0523 | California - Central Dist. | Vitamin Shoppe Industries, Inc. |
| Tortorice v. Edwin Watts Golf, LLC | 07 CV 0433 | Texas - Western Dist. | Edwin Watts Golf, LLC |
| Tortorice v. Jamba Juice Company | 07 CV 0434 | Texas - Western Dist. | Jamba Juice Company |
| Tortorice v. La Madeleine De.Corps, Inc. | 07 CV 00432 | Texas - Western Dist. | La Madeleine De Corps, Inc. |
| Troy v. Backstreet, Inc. | 07 CV 05394 | Illinois - Northern Dist. | Backstreet, Inc. |
| Troy v. Bass Pro Outdoor World, LLC | 07 CV 4580 | Illinois - Northern Dist. | Bass Pro Outdoor World, LLC, dba Islamorada Fish Company |
| Troy v. C.C.C. B. Company, Inc. | 07 CV 5392 | Illinois - Northern Dist. | C.C.C.B. Company Inc. |
| Troy v. Carrabba's Italian Grill, Inc. | 07 CV 04329 | Illinois - Northern Dist. | Carrabba's Italian Grill, Inc. |
| Troy v. Don Balducci, et al. | 07 CV 2418 | Illinois - Northern Dist. | Don Balducci, dba Balducci's Italian Restaurant |
| Troy v. Home Run Inn, Inc. | 07 CV 04331 | Illinois - Northern Dist. | Home Run Inn, Inc. |
| Troy v. Jameson's Pub, Inc. | 07 CV 04308 | Illinois - Northern Dist. | Jameson Pub, Inc. dba Louie's Chophouse & Banquets |
| Troy v. Max & Erma's Restaurants, Inc. | 07 CV 04330 | Illinois - Northern Dist. | Max & Erma's Restaurants, Inc. |
| Troy v. Patio Restaurant of Darien, Inc. | 07 CV 04309 | Illinois - Northern Dist. | Patio Restaurant of Darien, Inc., dba The Patio |
| Troy v. Phoenix Park Irish Pub, Inc | 07 CV 04847 | Illinois - Northern Dist. | Phoenix Park Irish Pub, Inc., dba Sam Maguires Irish Pub |
| Vartanian v. Estyle, Inc., et al. | 07 CV 0307 | California - Central Dist. | Estyle Inc |
| Vasquez-Torres v. McGraths Publick, et al. | 07 CV 01332 | California - Central Dist. | McGraths Publick Fish House Inc |

| | | | |
|---|---|---|---|
| Vasquez-Torres v. Stubhub, et al. | 07 CV 01328 | California - Central Dist. | Stubhub, Inc. |
| Vigdorchik v. Century Theaters, Inc., et al. | 07 CV 0736 | California - Northern Dist. | Century Theatres, Inc., |
| Waldman v. Hess Corporation | 07 CV 2221 | New Jersey - Dist. | Hess Corporation, Inc. |
| Wells v. Bertucci's Corp. | 07 CV 1458 | Pennsylvania - Eastern Dist. | Bertucci's Corp. |
| Wells v. OSI Restaurant Partners, Inc. | 07 CV 1431 | Pennsylvania - Eastern Dist. | OSI Restaurant Partners, Inc., DOES dba Carrabba's Italian Grill |
| Wilson v. Anna's Linens, et al. | 07 CV 0046 | California - Central Dist. | Anna's Linens, Inc. |
| Wilson v. H&R Block, et al. | 07 CV 0437 | Missouri - Western Dist. | H & R Block, Inc. |
| Yalenkatian v. Bebe Stores, Inc. | 07 CV 0255 | California - Central Dist. | Bebe Stores, Inc. |
| Yalenkatian, et al. v. The Wet Seal, et al. | 07 CV 0080 | California - Central Dist. | The Wet Seal, Inc. |
| Reynoso v. South County Concepts, Inc. | 07 CV 00373 | California - Central Dist. | South County Concepts, Inc. |