# Exhibit D

# FACTA Cases Filed by Plaintiff's Counsel

| | |
|---|---|
| 1:07-cv-02333 | Cicilline v. Jewel Food Stores, Inc. |
| 1:07-cv-02350 | Redmon v. Uncle Julio's of Illinois, Inc. |
| 1:07-cv-02375 | Batterson v. Jewel Food Stores, Inc. |
| 1:07-cv-02449 | Heath v. Chernin's Shoe Outlet, LLC |
| 1:07-cv-02450 | Heath v. A&E Stores Inc. |
| 1:07-cv-02486 | Mendez v. The TJX Companies, Inc. |
| 1:07-cv-02512 | Harris v. Circuit City Stores, Inc. |
| 1:07-cv-02559 | Harris v. Best Buy Co. Inc. et al |
| 1:07-cv-02560 | Harris v. The Directv Group, Inc. et al |
| 1:07-cv-02561 | Harris v. Wal-Mart Stores Inc. |
| 1:07-cv-03650 | Harris v. The Directv Group, Inc. et al |
| 1:07-cv-05173 | Pacer v. Rockenbach Chevrolet Sales, Inc. |
| 1:07-cv-05190 | Morris v. Lakeshore Equipment Company |