# Exhibit L

### Keith J. Keogh

**From:** Keith J. Keogh [Keith@KeoghLaw.com]
**Sent:** Thursday, April 19, 2007 11:20 AM
**To:** Keith J. Keogh
**Subject:** Looking for a Potential Case. Advertisement

Hello,

I am looking for a case against any company who provides credit card receipts that either prints more then the last 5 digits of a credit card number OR prints the credit cards' expiration date.

If the company does either of the above, it violates the Fair Credit Reporting Act. This Act was enacted in part to prevent identity theft and provides statutory damages for violations of it.

If you, any of your friends, family or clients have any such receipts or know of any companies, please contact me.

As always, I appreciate any considerations in this matter.

Advertisement

Keith J. Keogh
Law Offices of Keith J. Keogh, LTD.
227 W. Monroe St., Ste. 2000
Chicago, Il 60606
312.726.1092
312.726.1093 (Fax)
Keith@KeoghLaw.com

**PRIVILEGED COMMUNICATION**

This e-mail and any attachments may contain confidential material or other matters protected by the attorney-client privilege. Unless you are the addressee (or are authorized by the addressee to receive this e-mail for the addressee) you may not copy, use or distribute it. If you received this e-mail in error, please contact the sender.

10/30/2007

Redmon 2nd Production 11/9/07 000003