**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EARNESTINE MATTHEWS, individually ) <br> and on behalf of all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED RETAIL INC., ) <br> ) <br> Defendant. ) | Judge Castillo <br><br> 07 C 02487 |

**NOTICE OF SERVICE OF PLAINTIFF'S
REBUTTAL RULE 26(a)(2) DISCLOSURES**

Plaintiff, Earnestine Matthews hereby notifies this Court that she disclosed the rebuttal expert report of Don Coker to defendant on December 7, 2007, pursuant to Fed.R.Civ.P. 26(a)(2), via facsimile and US Mail.

Respectfully submitted,

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe St., Ste. 2000
Chicago, Illinois 60606
312.726.1092 (office)
312.726.1093 (fax)
Keith@KeoghLaw.com

**CERTIFICATE OF SERVICE**

I, Alexander H. Burke, hereby certify that on December 7, 2007, I served this document upon defendant through counsel through the Court ECF System.

/s/Alexander H. Burke